U.S. District Court
Western District Of Pennsylvania (Erie)    SC

UNITED STATES OF AMERICA
v.
JAMES C. CARTER
APPELLANT
(W.D. PA. Case#: 02-CR-11-ALL)

TO THE HONORABLE JUDGE MAURICE B. COHILL, JR.

"Motion For Transcription Of Proceedings"
And Production of Documents And Orders
Authenticated Per F.R.C.P., Rule #44 For Appeal purposes

James C. Carter, pro-se litigant, comes before your Honor's Court in the above referenced case no. and motions this court for transcription of the below noted proceedings And request the also noted documents and orders be Authenticated with the courts signature and the Clerks seal per F.R.C.P., Rule 44 and that the requested documents be forwarded to this Appellant A.S.A.P., so as not to further prejudice Appellants right to an appellate review.

I

Transcription of Proceedings Requested And
Authenticated With Judges Signature And Clerks Seal

(1.) Notes from change of Plea hearing held before your Honor's Court on 10/15/02, referred to as entry #18 in Docket Summary.
(2.) Copy of Petition referred to in entry #33 of Docket sheet, as "Petition For Sentence Modification".
(3) Notes and transcription of Colloquy given by Judge Maurice B. Cohill To Appellant on 10/15/02, prior to his entering into negotiated guilty plea referred to in part as Government exhibit No.(1), under entry No. 28 of U.S. District court Docket sheet.

James C. Carter
pro-se litigant
James C. Carter

7/4/05          page (I)

Continuation from page (1) of "Motion For Transcription of proceedings.

## II

Orders And Documents From The District Court Docket, numbers as Listed IN MARCH 16, 2005 DISTRICT COURT SUMMARY AND THE ATTACHED ORDERS AS REFERENCED BY EXHIBIT NO.

(1.) Please INCLUDE copy of Pre-sentence Report filed on or about Dec 12, 02 with this Court, as this Appellant Does not have one. Thank you.

(2.) The Attached orders and documents are requested to be Authenticated, Numbered from I-X

7/4/05

Page (2)

James Carter
James C. Carter

U.S. DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S. OF AMERICA

v.

JAMES C. CARTER
APPELLANT
( W.D. PA. CASE # 02-CR-11-ALL )

## Certificate Of Service

James Carter did serve upon the below noted parties a copy of his "Motion For transcription of Proceedings" And Production of Documents And Orders Authenticated Per F.R.C.P. Rule #44, Via U.S. Postal Service, "Certified mail upon Judge Maurice B. Cohill Jr. or Any official authorized to Receive Legal mail in his behalf. And Via certified mail upon the Clerk of Courts for the U.S. District Court, by depositing same in prison mailbox on 7/4/05. And states all of the information is true and correct under Penalty of U.S.C. 28 § 1746. *

Clerk of Courts
United States District Court
Western District of Penna.
17 South Park Row, Rm. A 280
ERIE, PA 16501

U.S. District Court
C/O Judge Maurice B. Cohill Jr.
For Western District PA (ERIE)
17 South Park Row / Judge's Suite
ERIE, PA 16501

James C. Carter
GB-7479
Pro-se litigant
10745, RT 18
Albion, Pa 16475

James C. Carter

7/4/05

* EXHIBITS TO Judge To sign And Return To Clerk For Seal.