IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.
JAMES C. CARTER

CRIMINAL NO. 02-11 ERIE

APELLANTS NOTICE OF APPEAL
AND

Motion To Withdraw Guilty Plea WITH COURT VACATING SENTENCE IMPOSED 2/3/03 FOR VIOLATION OF PLEA AGREEMENT THROUGH U.S. ATTORNEY GENERAL AND NEW SENTENCE IMPOSED IN ACCORDANCE WITH ORIGINAL PLEA TENDERED BY COUNSEL OF 57-71 MONTHS OR NEW TRIAL

## STATEMENT OF JURISDICTION

This Court has Jurisdiction pursuant to U.S.C.A. 28 §2241 AND U.S.C.A. 28 § 2255 To Review This claim For post conviction Relief And Render Courts Decision

By: James C. Carter
Pro-Se Litigant
James C. Carter
Through Legal Assistant
Ronald Chavis
8/10/05