IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA.

UNITED STATES OF AMERICA
v.
JAMES C. CARTER
CRIMINAL NO. 02-11 ERIE

MOTION TO PROCEED INFORMA PAUPERIS IN ATTACHED APPEAL TO RECEIVE REQUESTED TRANSCRIPTS AND DOCUMENTS AND COSTS OF ANY OTHER FINACIAL CONSIDERATIONS RELATIVE TO THIS APPEAL

To The Honorable Judges of The Court:

James C. Carter, pro-se litigant by Legal Assistant Ronald Chavis, Motions this Court to continue his informa Pauparis Status granted 7/12/02 By U.S. DISTRICT COURT magistrate Judge Susan P. Baxter, in this Appeal to trial Court Judge Maurice B. Cohill, And states their is no change in his FINANCIAL situation And that Appellant is unable to Secure Counsel, pay filing fees And costs of production of partial transcripts And Documents, And motions this Court to continue his informa Pauparis Status for Purposes of This Appeal. And states all the information herein is correct under penalty of U.S.C.A. 28 § 1746.

By James C Carter And
Legal Assistant Ronald Chavis