# U.S. DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PA.

## U.S. OF AMERICA
### V.
## JAMES C. CARTER
### CRIMINAL NO. 02-11 ERIE

## Motion For Production Of Documents

To The Honorable Judge Maurice B. Cohill Jr.

James C. Carter, pro-se litigant, by Legal Assistant Ronald Chavis, After review of copies, electronic transmissions made by Clerk of Courts And mailed to Appellant on 8/17/05 And 8/24/05 Respectively, And having determined that Clerk INADVERTENTLY OR without Knowledge of fact That this Appellant cannot ACCESS CASE INFORMATION ELECTRONICALLY AS AN INCARCERATED STATE PPRISONER, Hereby Again Motions This Court to produce And provide a Copy of each And every transcription of proceedings Requested in this Appellants prior filings ANd pleadings for Support of this Appellants Appeal pending. And that said Documents include but not be limited too, a copy of Verbatim transcription of Colloquy hearing conducted by this court on 10/15/02 And a copy of the prior requested Affidavit of probable Cause That FbI used to Acquire Jurisdiction to iNitiate arrest of Appellant.

Appellant trusts this court will direct the Court Reporter And The Clerk's office to furnish this Appellant with the requested Legal Documents IN AN expeditious MANNER SO AS NOT To further prejudice Appellant iN Receiving timely Review And Adjudication of His ISSUES FOR APPELLATE REVIEW. NOTING AGAIN THAT APPELLANT HAS MET STANDARD OF REVIEW FOR withdrawal Of his Coerced guilty plea And to be re-sentenced to Original Plea Agreement OR Granted New trial

8/29/05

James c. Carter
By Legal Assistant
Ronald Chavis

U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF PA.

U.S. OF AMERICA
V.
JAMES C. CARTER
CRIMINAL NO. 02-11 ERIE

CERTIFICATE OF SERVICE

James C. Carter, pro-se litigant, by Legal Assistant Ronald Chavis did serve a copy of his "Motion For Production Of documents on the below noted parties Via U.S. Postal Service, first class mail And states all the Information is true AND correct under penalty of U.S.C. 28 §1746

Judge Maurice B. Cohill Sr.
c/o clerks Office
U.S. District Court
P.O. Box 1820
ERIE, PA 16507

UNITED STATES Attorney General
WESTERN DISTRICT PA.
FEDERAL COURTHOUSE.
ROOM A 330
17 SOUTH PARK ROW
ERIE, PA 16501-1158

James C. Carter
x _James C. Carter_
By Legal Assistant
Ronald Chavis

8/29/05