IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                          )<br>)<br>JAMES C. CARTER,                  )<br>)<br>Defendant.           ) | Criminal No. 02-11-E<br><u>See</u> Civil Action No. 05-333-E |

O R D E R

AND NOW, this 12th day of January, 2006, upon consideration of Defendant's Motion to Vacate Under 28 U.S.C. §2255 (document No. 49) filed in the above-captioned matter on November 10, 2005,

IT IS HEREBY ORDERED that the Government shall file a response thereto by no later than February 2, 2006.

<u>s/Maurice B. Cohill, Jr.</u><br>
Senior United States District Judge

cc/ecf:   Asst. U.S. Atty. Christian Trabold
          James C. Carter