IN THE UNITED STATES DISTRICT COURT
FOR THE WESETERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,        *

        Plaintiff,        *   Crim. No. 02-11-Erie

     -vs-        *   (Civil Nos. 05-333 Erie & 06-268 Erie)

JAMES C. CARTER,        *

        Defendant.        *

## NOTICE OF APPEAL

COMES NOW, James C. Carter, Pro Se, and hereby respectfully moves this Honorable court to enter an order noticing his intent to appeal the February 8, 2007 denial order of his Section 2255 motions to the United States Court of Appeals for the Third Circuit.

Petitioner is indigent from the onset of this proceedings, and has remained indigent. As such, Petitioner respectfully requests to proceed on this appeal _in forma pauperis_.

Wherefore, Petitioner respectfully prays.

                                 Respectfully Submitted:

                                 _James C. Carter_
                                 James C. Carter, Pro Se
                                 Petitioner

Dated: 6th day of April, 2007.

[Filed stamp: '07 APR 12 AM 11:08 CLERK U.S. DISTRICT COURT]

NAME: James C. Carter
REG.# 20116068 EA
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

YOUNGSTOWN OH 445
09 APR 2007 PM 1 L

United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, Pennsylvania, 16501

16501+1155

**RECEIVED**

APR 12 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA