OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

Marcia M. Waldron  
Clerk

FOR THE THIRD CIRCUIT  
21400 United States Courthouse  
601 Market Street  
Philadelphia, PA 19106-1790

Telephone  
267-299-4947

www.ca3.uscourts.gov

June 25, 2007

Mr. Robert V. Barth Jr., Clerk  
United States District Court for the Western District of PA  
17 South Park Row  
Room B-160  
Erie, PA  16501

RE: Docket No. 07-2112  
    Carter vs. USA  
    D. C. No. 02-cr-00011E

Dear Mr. Barth:

   Receipt is acknowledged on 6/15/07, of notice of appeal filed with the district court on 6/8/07, in the above-captioned case.

   Since the notice of appeal filed on 6/8/07 is duplicative of the appeal already docketed at No. 07-2112, this notice will not be given a new number but will be placed in the file.

                              Very truly yours,  
                              MARCIA M. WALDRON  
                              Clerk


                        By:   /s/Stephanie M. Wells  
                              Case Manager

cc:  
    James C. Carter #20116068  
    Robert L. Eberhardt, Esq.


**RECEIVED**

JUN 2 7 2007

CLERK U.S. DISTRICT COURT  
WEST. DIST. OF PENNSYLVANIA