OFFICE OF THE CLERK

**MARCIA M. WALDRON**  **UNITED STATES COURT OF APPEALS**  TELEPHONE
CLERK  FOR THE THIRD CIRCUIT  215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

_____WDPA_____  Clerk of District Court    Date____October 23, 2007____
(District)

_Carter v. USA_____    C. of A. No. __07-2112___
(Caption)

_James C. Carter_____
(Appellants)

_02-cr-00011E_____
(D.C. No.)

Enclosures:

**October 23, 2007** XX  Certified copy of C. of A. Order by the Court    *Rec'd 11-1-07*
(Date)

__XX_____ Released Record

__XX_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

                          ____SMW_____  (267)-299- __4947__
                          Deputy Clerk     Telephone Number
Receipt Acknowledge:

_____
(Name)

_____
(Date)

                                  Rev. 3/13/00
                  Appeals (Certified List in Lieu of Record)

N:\Forms\Record Requests\EDPA Record Release.wpd