OFFICE OF THE CLERK

**MARCIA M. WALDRON**      **UNITED STATES COURT OF APPEALS**      TELEPHONE
CLERK                       FOR THE THIRD CIRCUIT                  215-597-2995
                         21400 UNITED STATES COURTHOUSE
                              601 MARKET STREET
                           PHILADELPHIA 19106-1790

_____WDPA_____  Clerk of District Court            Date___November 26, 2007___
   (District)

_Carter v. USA_                                      C. of A. No. __07-2112__
   (Caption)

_James C. Carter_
   (Appellants)

_02-cr-00011E_
   (D.C. No.)

Enclosures:

_____ Certified copy of C. of A. Order by the Clerk
   (Date)

    Rec'd 11/29/07

__XX_____  Released Sealed Documents, #'s 21 & 22.

__XX_____  Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

                                          ___SMW_____  (267)-299-__4947__
                                          Deputy Clerk       Telephone Number

Receipt Acknowledge:                      Roberto Mattos  267-299-4910

_____
   (Name)

_____
   (Date)

                                                          Rev. 3/13/00
                                       Appeals (Certified List in Lieu of Record)

N:\Forms\Record Requests\EDPA Record Release.wpd