NAME James C. Carter
REG # 20116068 E4
Federal Correctional Institution Elkton
P.O. BOX
Lisbon, OH 44432

11 JAN 2008 PM  YOUNGSTOWN, OH 445

The Honorable Maurice Cohill Jr.
United States District Court
Western District of Pennsylvania
17 South Park Row
Erie, Pennsylvania, 16501