IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 02-11E |
| | ) | |
| JAMES CARTER | ) | |

The above named defendant satisfied the judgment of FEBRUARY 03, 2003 by paying on DECEMBER 11, 2007 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  1-17 2008
Deputy Clerk                         Date

U S DISTRICT COURT
CLERK
2008 JAN 17 AM 8:46